FILED

MAR 1 8 2009

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

IRENE MOORE,                      )
                                  )
            Plaintiff,            )
                                  )
      v.                          )          Civil Action No.   09 0518
                                  )
DEPARTMENT OF JUSTICE,            )
                                  )
            Defendant.            )

**MEMORANDUM AND ORDER STAYING CASE**

This matter comes before the Court upon review of the *pro se* complaint and application to proceed *in forma pauperis*. The application will be granted, but the case must be stayed for the following reasons.

Plaintiff claims that she was discriminated against when she was terminated from her employment as a Secretary at the United States Department of Justice, Criminal Division, on the basis of her race and age and in retaliation for pursuing a discrimination claim with the Equal Employment Opportunity Commission ("EEOC"). The Court presumes that plaintiff brings this action under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000 *et seq.*, and the Age Discrimination in Employment Act, *see* 29 U.S.C. § 621 *et seq.*

The issuance of a right to sue letter from the EEOC is a condition precedent to the filing of an action such as this in federal court. 42 U.S.C. §§ 2000e-5(f), 2000e-16(d). In the absence of the issuance of a right to sue letter within 180 days of filing charges with the agency, the plaintiff is obligated to request that such a letter be issued. *See* 29 C.F.R. § 1601.28.

1

Accordingly, it is hereby

ORDERED that plaintiff's application to proceed *in forma pauperis* is GRANTED; and it is

FURTHER ORDERED that this matter is **STAYED**, and it is

FURTHER ORDERED that, within 30 days of the date of entry of this Order, plaintiff must provide the Court with a right to sue letter indicating a final determination of plaintiff's charge by the agency. Failure to do so will result in the dismissal of this matter.

SO ORDERED.

United States District Judge

Date: *March 12, 2009*

2